Submitted March 7, reversed May 14, 2008

In the Matter of A. P.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## A. P.,
*Appellant.*

Multnomah County Circuit Court
070666452; A136208

184 P3d 1224

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Linda Wicks, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant challenges the sufficiency of the evidence to support the trial court's order of civil commitment. The state concedes that the record does not contain clear and convincing evidence of the required elements for an order of involuntary commitment. On *de novo* review, we agree that the evidence is insufficient.

Reversed.